IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:96-00191

**RICHARD DIXON**

### MEMORANDUM OPINION AND ORDER

Pending is defendant's pro se Motion for Reconsideration of Order Denying Defendant's Motion for Reduction of Sentence, filed July 13, 2009, seeking reconsideration of the court's order entered on June 29, 2009, denying his motion filed on March 4, 2009, which motion was filed pursuant to 18 U.S.C. § 3582(c)(2) and based upon the November 1, 2007, amendment to U.S.S.G. § 2D1.1, which the United States Sentencing Commission made retroactive effective March 3, 2008.

Inasmuch as defendant's motion does not provide adequate grounds for reconsideration of the June 29, 2009, memorandum opinion and order, the court ORDERS that the motion for reconsideration be, and it hereby is, denied.

To the extent the defendant seeks further relief, pursuant, inter alia, to Booker, it is ORDERED that his request be, and it hereby is, denied. See United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009).

The Clerk is DIRECTED to send a copy of this written opinion and order to the defendant, the United States Attorney, the Federal Public Defender, and the United States Probation Office.

ENTER: March 16, 2010

John T. Copenhaver, Jr.
United States District Judge